3:18-cv-01536
Puskas v. Western Regional Jail

FILED
DEC 21 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Mrs. Christie,

My name is Jodi Puskas and I am an inmate at Western Regional Jail. I was assaulted by C.O. Brittney Adkins on Oct. 31, 2018. My cell mate and I was in our cell, cell 9, when she came in doing cell checks. When she came in our cell I ask her "if I give you something will you leave us alone?" I was holding an orange state issued shirt up and she just came at me. I'm not sure if she had something in her hand or what but she stabbed me in the shoulder several times leaving bleeding marks and then dug it down to almost my elbow. It left a scar. My cell mate Angela Surley said "Damn Adkins stop she didn't do anything wrong." Adkins then turned on Surley hit her, spit on her, and told her to

mind her own business. At some point a D.O.C. Gold Badge came in and she then she immediatly left our cell. I know Adkins from the street and her and my mother dont get along. I dont know if that has anything to do with this attack or not. If you are interested in my case please let me know. There has already been a civil suit filed for my cell mate Angela Shirley.

Thank you
Jodi Puskas

Vali Ruskas # 3557110
One Chanton Place
Barboursville WV
25504

Legal mail

Sidney L Christu
Federal Building Room 336
845 5th ave
Huntington WV
25701

Legal mail

CHARLESTON
WV 250
20 DEC '18

This person is an inmate at Western Regional Jail

FOREVER USA
Barn Swallow